## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| HSBC Mortgage Services, Inc. | Case No. 2:07-cv-459 |
| Plaintiff, | Judge Edmund A. Sargus |
| vs. | **ORDER DISMISSING CASE** |
| Robin Wilson, et al. | |
| Defendants. | |

UNITED STATES DISTRICT JUDGE EDMUND A. SARGUS

This matter is before the Court on the motion of Plaintiff for an order dismissing this case under Rule 41(a)(2) of the Federal Rules of Procedure. The Court hereby grants Plaintiff's motion. The case is hereby dismissed without prejudice at Plaintiff's costs.

**IT IS SO ORDERED.**

_____  8-21-2007
JUDGE EDMUND A. SARGUS
United States District Court Judge