AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**HSBC MORTGAGE SERVICES, INC.,**

       **Plaintiff,**

                        **JUDGMENT IN A CIVIL CASE**

**vs.**

                        **CASE NO.  C2-07-459**
**ROBIN WILSON, et al.,**           **JUDGE EDMUND A. SARGUS, JR.**
                        **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendants.**

\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the Order filed August 21, 2007, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 21, 2007                       JAMES BONINI, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk